CSD 1161 [05/15/03]
Name, Address, Telephone No. & I.D. No.

Leon Fauntleroy
24849 Alderberry Pl
Hayward, California, 94544
(510) 209-6374

FILED LM
AUG 23 2010 3:36 PM
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

UNITED STATES BANKRUPTCY COURT
Northern District OF California
1300 Clay Street #300, Oakland, California 94612

In Re

Leon Fauntleroy, Debtor.

GMAC Mortgage, LLC, Moving Party

Leon Fauntleroy, Respondent(s)

BANKRUPTCY NO. 10-48432 EDJ 13

RS NO. TGM-1

Hearing Date: August 27, 2010
Hearing Time: 10:00 am

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**
☒ REAL PROPERTY   ☐ PERSONAL PROPERTY

Respondent in the above-captioned matter moves this Court for an Order denying relief from the automatic stay on the grounds set forth below.

1. A Petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☒ 13 was filed on July 26, 2010

2. Procedural Status:
   a. ☐ Name of Trustee Appointed (if any):
   b. ☐ Name of Attorney of Record for Trustee (if any):
   c. ☐ *Prior Filing Information:
      Debtor has previously filed a Bankruptcy Petition on: _____.
      If applicable, the prior case was dismissed on: _____.
   d. ☐ (If Chapter 13 case): Chapter 13 Plan was confirmed on _____ or a confirmation hearing is set for _____.

3. *Number of unsecured creditors _____. Amount of unsecured debt $ Pending _____.

4. *Last operating report filed: _____

5. *Disclosure statement: Filed? (yes/no) _____ Pending Approved? (yes/no) _____.
   If yes, date of plan confirmation hearing: _____

*Only required if respondent is the debtor.

CSD 1161

Case: 10-48432   Doc# 15   Filed: 08/23/10   Entered: 08/24/10 16:57:21   Page 1 of 3

Respondent alleges the following in opposition to the Motion:

1. ☒ The following real property is the subject of this Motion:
   a. Street address of the property including county and state:
   asdfasdfasdf *4849 Alderberry Pl, Hayward, CA 94544 Alameda County*
   b. Type of real property (e.g., single family residence, apartment building, commercial, industrial, condominium, unimproved):
   adsfasdfasf *single family residence*
   c. Legal description of property is attached as Exhibit A.
   d. **Fair market value of property: $ *300,000* .
   e. **Nature of Respondent's interest in the property:

2. ☐ The following personal property is the subject of this Motion (describe property):
   dsfasdfasdf

   a. **Fair market value of property: $_____.
   b. **Nature of Respondent's interest in the property:

3. Status of Movant's loan:
   a. Balance owing on date of Order for Relief: $_____
   b. Amount of monthly payment: $_____
   c. Date of last payment: _____
   d. If real property,
      (1) Date of default:
      (2) Notice of Default recorded on: *May 22, 2008*
      (3) Notice of Sale published on: *March 22, 2010*
      (4) Foreclosure sale currently scheduled for: *April 16, 2010*
   e. If personal property,
      (1) Pre-petition default: $_____ No. of months:_____
      (2) Post-petition default: $_____ No. of months:_____

4. (If Chapter 13 Case, state the following:)
   a. Date of post-petition default: asdfasdfasdf
   b. Amount of post-petition default: $_____

5. Encumbrances:
   a. Voluntary encumbrances on the property:

| Lender Name | Principal Balance | Pre-Petition Arrearages Total Amount - # of Months | Post-Petition Arrearages Total Amount - # of Months |
|---|---|---|---|
| 1st: ? | ? | ? | ? |
| 2nd: ? | ? | ? | ? |
| 3rd: | | | |
| 4th: | | | |
| Totals for all Liens: | $ ? 0.00 | $ ? 0.00 | $ ? 0.00 |

**Separately filed Declaration required by Local Bankruptcy Rule 4001-4.

CSD 1161

    b.    Involuntary encumbrances of record (e.g., tax, mechanic's, judgment and other liens, lis pendens):
        ☐ See attached page, if necessary.

6.    Relief from the automatic stay should not be granted because:
    a.    ☐ Movant's interest in the property described above is adequately protected.
    b.    ☒ Debtor has equity in the property described above and such property is necessary to an effective reorganization.
    c.    ☐ The property is not "single asset real estate", as defined in 11 U.S.C. § 101(51B).
    d.    ☐ The property is "single asset real estate", as defined in 11 U.S.C. § 101(51B), and less than 90 days (or _____ days ordered by this court) have passed since entry of the order for relief in this case, or

        (1)    the Debtor/Trustee has filed a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or

        (2)    the Debtor/Trustee has commenced monthly payments to each creditor whose claim is secured by the property (other than a claim secured by a judgment lien or by an unmatured statutory lien) which payments are equal to interest at a current fair market rate on the value of each creditors' interest in the property.

    e.    ☐ Other (specifiy): ☐ See attached page.

When required, Respondent has filed a separate Declaration pursuant to Local Bankruptcy Rules 4001-4.

Respondent attaches the following:

1.    ☐ Other relevant evidence:

2.    ☐ (Optional) Memorandum of points and authorities upon which the responding party will rely.

WHEREFORE, Respondent prays that this Court issue an Order denying relief from the automatic stay.

Dated:

                                                                             [Attorney for] Respondent