Signed: August 27, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                         Case No. 10-48432 EDJ
                                              Chapter 13
LEON FAUNTLEROY, JR.,

                                         Debtor./

ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

A preliminary hearing on the motion for relief from the automatic stay brought by creditor GMAC Mortgage ("creditor") was held on August 27, 2010. Creditor having failed to appear; it is ORDERED that the motion is DENIED, without prejudice, for lack of prosecution.

**END OF ORDER**

ORDER DENYING MOTION WITHOUT PREJUDICE.

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | Leon Fauntleroy, Jr.<br>24849 Alderberry Pl. |
| 4 | Hayward, CA 94544 |
| 5 | Tyneia G. Merritt<br>Merritt Law, Inc. |
| 6 | 8300 Utica Ave., Suite 193<br>Rancho Cucamonga, CA 91730 |
| 7 | |
| 8 | Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540-5004 |
| 9 | |
| 10 | Office of the U.S. Trustee<br>1301 Clay St., #690N<br>Oakland, CA 94612 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
1300 Clay Street (2d fl.)
Oakland, CA. 94612

ORDER DENYING MOTION WITHOUT PREJUDICE. 2