Entered on Docket
September 13, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
SEP 10 2010
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

1  Tyneia Merritt, Esq.   SBN: 235750
   **MERRITT LAW INC.**
2  8300 Utica Avenue, Suite 193
   Rancho Cucamonga, CA  91730
3  Telephone:   (909) 476-0651
   Facsimile:    (909) 476-7029
4
   Attorneys for Movant, GMAC MORTGAGE, LLC
5  fka GMAC MORTGAGE CORPORATION

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON FAUNTLEROY, JR.<br><br>Debtor. | **BANKRUPTCY CASE NO: 10-48432 EDJ**<br><br>Docket Control No:    TGM-002<br><br>**Chapter 13**<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| GMAC MORTGAGE, LLC fka GMAC MORTGAGE CORPORATION<br><br>Movant,<br><br>vs.<br><br>LEON FAUNTLEROY, JR.<br><br>Respondents. | **HEARING DATE**<br><br>DATE: September 10, 2010<br>TIME:   10:00 a.m.<br>PLACE: 1300 Clay Street<br>Oakland, CA 94612<br>COURTROOM 215<br><br>Judge:  Hon. Edward D. Jellen |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
(UNLAWFUL DETAINER)**

The automatic stay pursuant to 11 U.S.C. §362 is hereby terminated as to the estates, or the Debtor's interest in the certain real property commonly known as 24849 Alderberry Place, Hayward, California 94544  ("the Property").

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

1

IT IS FURTHER ORDERED:

1) That MOVANT may proceed with any and all legal remedies to recover possession of the Property.

2) That the Alameda County Sheriff or Marshal may evict the Debtors and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of this Motion without further notice.

3) That the ten day stay proscribed in Bankruptcy Rule 4001(a)(3) be waived.

4) The order will be binding in any and all chapters following any later conversion of this case to a case under a different chapter of Title 11 of the U.S. Code, unless a specific exception has been provided herein.

~~5) The Stay is annulled retroactive to the petition date. Any post petition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.~~

Dated: SEP 10 2010, 2010

EDWARD D. JELLEN
UNITED STATES BANKRUPTCY JUDGE

5) This order is without prejudice to any claims or actions by the debtor regarding the foreclosure sale at issue, or as to any alleged breaches or torts by any person.

---

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

2